Pauley, W.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-20-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

Calvin Shelton and James Moore,

                                               Plaintiffs,

-against-

The City of New York, et al.,

                                               Defendants.

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 Civ. 4786 (WHP)

       WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

[Remainder of page left intentionally blank]

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       11/17, 2015

LAW OFFICE OF STEVEN A. HOFFNER
*Attorneys for Plaintiffs James Moore and Calvin Shelton*
325 Broadway, Suite 505
New York, New York 10007

By: _____
    Steven A. Hoffner
    *Attorneys for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____  11-19-15
    Peter Fogarty
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. WILLIAM H. PAULEY, III
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2015